## IN THE CIRCUIT COURT OF POPE COUNTY, ARKANSAS
## CIVIL DIVISION

CRISTINA CLARK, M.D,                           )
                                               )
     Plaintiff,                               )    CASE NO. 58CV-16-509
                                               )    JURY DEMAND
vs.                                            )
                                               )
NATIONAL MEDIA GROUP INC. and                  )
    ENCORE PLUS SOLUTIONS, INC.,        -  )
                                               )
    Defendants.                            )
                                               )

### COMPLAINT

**COMES NOW** the Plaintiff, Cristina Clark, M.D., by and through the undersigned counsel, and

hereby brings this Complaint for damages against Defendants National Media Group and Encore

Plus Solutions, Inc. and alleges the following:

### INTRODUCTION

1.    Plaintiff brings this action for defamation, invasion of privacy, violation of the

Arkansas Deceptive Trade Practices Act, violation of the Lanham Act and unjust enrichment for

injury and damages arising from Defendants' unauthorized publication and use of Plaintiff's

name and likeness to advertise the supplement Panaxcea.

### PARTIES

2.    Plaintiff, Cristina Clark, M.D., is and was at all relevant times a citizen of the

State of Arkansas, licensed as an Obstetrician and Gynecologist practicing at the Millard-Henry

Clinic in Russellville, AR.

3. Upon information and belief, Defendant National Media Group Inc. is and was at all relevant times incorporated in the State of New York and its principal place of business is located in New York. National Media Group is the marketer of Panaxcea.

4. Upon information and belief, Defendant Encore Plus Solutions, Inc. is and was at all relevant times incorporated and has its principal place of business in the State of Florida. Encore Plus Solutions, Inc. is the manufacturer of Panaxcea.

## VENUE AND JURISDICTION

5. Jurisdiction is proper under federal diversity jurisdiction, 28 U.S.C. 1332, because the parties are completely diverse in citizenship and the amount in controversy exceeds $75,000.

6. Venue is proper because a substantial part of the events giving rise to the claims occurred in this district.

## FACTUAL ALLEGATIONS

7. Defendants published and distributed through U.S. Mail an advertising magazine titled "National Medical Quarterly" featuring the supplement Panaxcea, including a photograph and endorsement by the Plaintiff, Dr. Clark.

8. Panaxcea is a dietary supplement; a class of substances only loosely regulated and not required to be approved by the FDA as a medication.

9. Defendants claim in their advertising, among other things, that after taking Panaxcea "EVERY SINGLE CELL IN YOUR BODY (50 Trillion of Them) Will be "New" Again in 30 days!"

10.    On or around April 7, 2016, an employee of the Millard-Henry Clinic received a copy of the "National Medical Quarterly" advertising magazine featuring Panaxcea and the endorsement by Dr. Clark.

11.    The magazine featured a color photo of Dr. Clark in her white doctor's coat with her name clearly embroidered on the coat "Cristina M. Clark, MD OB/GYN."

12.    The magazine featured the following text immediately next to Dr. Clark's photo:

OB/GYN       As an Obstetrician and Gynecologist, I am blessed to be able to see new humans as they are born into the world. Born free of the ailments that we all end up suffering over time. It is wonderful. No babies are born with aches and pains. No babies are born with sun damaged, wrinkled skin (except the cute baby wrinkles of course)! No... Babies are born with BRAND NEW CELLS... and with the advent of PANAXCEA, every 30 days we can REBIRTH all 50 Trillion cells in our bodies – effectively reversing the aging process. Aches and Pains disappear. The glow of youth returns. And – best of all – mental capacity is increased and washed with a feeling of happiness. Obviously we can't be reborn – we only have one shot at life. But by taking PANAXCEA – and empowering our bodies to REBIRTH all 50 trillion cells every 30 days – we are getting pretty close!

13.    A copy of this advertising magazine is attached to this complaint as Exhibit A.

14.    Consumers and patients were likely to believe that the advertising magazine reflected the opinions, beliefs or experiences of Dr. Clark.

15.    Defendants capitalized on Dr. Clark's name, likeness and reputation to sell Panaxcea.

16.    Dr. Clark did not and would not have given Defendants permission to use her name and photograph in its advertising and would never have agreed to endorse Panaxcea.

17.    Consumers tend to question the reputation, integrity and professionalism of a doctor who advertises and endorses products.

18.    The reputation, integrity and professionalism of a doctor are material to consumers and patients and integral to the success Dr. Clark's medical practice.

19. The American Medical Association has a policy strongly discouraging the use of physicians to endorse drugs in direct-to-consumer (DTC) advertising, recommending that "[t]he use of actual health care professionals, either practicing or retired, in DTC to endorse a specific drug or implantable medical device product is discouraged but if utilized, the ad must include a clearly visible disclaimer that the health care professional is compensated for the endorsement."

20. The American Medical Association also recognizes that consumers and patients value the opinion of an actual doctor more highly than the opinion or endorsement of a non-physician actor and advises that "advertisements should not use an actor to portray a health care professional who promotes the drug or implantable medical device product, because this portrayal may be misleading and deceptive. If actors portray health care professionals in DTC ads, a disclaimer should be prominently displayed."

21. According to a 2010 investigative report called "Dollars for Doctors – How Industry Money Reaches Physicians" published by ProPublica, NPR, PBS's Nightly Business Report, the Chicago Tribune, Boston Globe and Consumer Reports, drug companies often hire doctors as spokespersons who have been accused of professional misconduct, were disciplined by state boards or lacked credentials.

22. In May 2008, a congressional hearing titled "Direct-to-Consumer Advertising: Marketing, Education, or Deception?" investigated the use of doctors in direct-to-consumer advertising for medical products. Energy and Commerce Chairman Bart Stupak questioned whether misrepresentations in some pharmaceutical ad campaigns "could have alienated health professionals ... they are going to be less likely to appear in ads, and they don't want that taint, if you will, on the medical profession."

23.     Doctors who endorse dietary supplements in particular are viewed by consumers and other medical providers with heightened suspicion and ill repute.  In 2006, the popular NBC television show Dateline investigated the infomercial business and reported that in an undercover operation, the show easily hired a doctor for $5000 to endorse a fake supplement product "Moisturol" even though the supplement was "really just Nestle Quik in a pill."  As one infomercial company producer said on hidden camera "you're gonna want somebody in a white coat saying it works and it's safe. . . . its never a question of can you find somebody. It's a question of how good are they. And how much do they want?"

24.     Dr. Clark first became aware of the advertisement featuring her photograph and endorsement when an employee brought the advertisement into her office on or around April 7, 2016.

25.     As a direct result of Defendants' actions, Dr. Clark was forced to spend time and money and incur expenses to pursue Defendants to cease and desist from distributing the false and misleading advertising bearing her name and image.

26.     As a direct result of Defendant's actions, Dr. Clark suffered from emotional distress, embarrassment and mental anguish.

27.     Defendants' actions had a direct and damaging impact on Dr. Clark's medical practice and on her reputation with her patients and colleagues.

28.     Dr. Clark was not compensated for Defendants' use of her photograph, name and likeness to endorse Panaxcea.

## COUNT I:  DEFAMATION - LIBEL

29.     Plaintiff incorporates by reference each and every paragraph of this complaint as if set forth herein.

30. As alleged herein, the reputation, integrity and perceived professionalism of a doctor is affected when he or she advertises and endorses products.

31. Dr. Clark's reputation, integrity and professionalism was affected by Defedants' false representation that Dr. Clark endorsed Panaxcea.

32. The advertisement for Panaxcea clearly identified Dr. Clark, using her full name, her photograph and her specialty.

33. The advertisement for Panaxcea clearly suggested that Dr. Clark endorsed Panaxcea.

34. The advertisement was published in "National Medical Quarterly" and distributed through U.S. Mail.

35. Dr. Clark did not give Defendants permission to use her name and likeness to endorse Panaxcea.

36. Defendants knew or acted in reckless disregard as to the fact that Dr. Clark did not authorize her name and photo to be used to endorse Panaxcea.

37. Dr. Clark suffered damages including harm to her business and reputation, emotional distress, and lost time and money as a direct result of Defendants' actions.

## COUNT II: INVASION OF PRIVACY – APPROPRIATION

38. Plaintiff incorporates by reference each and every paragraph of this complaint as if set forth herein.

39. Defendants appropriated Dr. Clark's name and likeness for commercial use and invaded her privacy.

40. Defendants capitalized on Dr. Clark's name and likeness to sell its product Panaxcea.

41.     Dr. Clark was identified by her full name, color photograph and specialty and could easily be identified by the general public.

42.     Defendants intended, or recklessly failed to anticipate, that readers would construe the advertisement as conveying an actual endorsement of Panaxcea by Dr. Clark.

43.     Defendants intended and expected that consumers were more likely to purchase Panaxcea with the endorsement of Dr. Clark.

44.     Dr. Clark did not give Defendants permission to use her name and likeness to endorse Panaxcea.

45.     Dr. Clark suffered damages including harm to her business and reputation, emotional distress, and lost time and money as a direct result of Defendants' actions.

## COUNT III: INVASION OF PRIVACY – FALSE LIGHT

46.     Plaintiff incorporates by reference each and every paragraph of this complaint as if set forth herein.

47.     Dr. Clark was placed into a false light as a doctor who endorses the supplement Panaxcea.

48.     The false light in which Dr. Clark was placed by the publicity was highly offensive to Dr. Clark and would be to any doctor or any reasonable person in her position.

49.     Dr. Clark was identified by her full name, color photograph and specialty and could easily be identified by the general public.

50.     Defendants intended, or recklessly failed to anticipate, that readers would construe the advertisement as conveying an actual endorsement of Panaxcea by Dr. Clark.

51.     Defendants intended and expected that consumers were more likely to purchase Panaxcea with the endorsement of Dr. Clark.

52.    Dr. Clark did not give Defendants permission to use her name and likeness to endorse Panaxcea.

53.    Dr. Clark suffered damages including harm to her business and reputation, emotional distress, and lost time and money as a direct result of Defendants' actions.

### COUNT IV:  VIOLATION OF THE ARKANSAS DECEPTIVE-TRADE PRACTICES ACT, Ark. Code Ann. § 4-88-107

54.    Plaintiff incorporates by reference each and every paragraph of this complaint as if set forth herein.

55.    The Arkansas Deceptive Trade Practices Act is meant to protect both the consumer public and the legitimate business community.

56.    Defendants' act of inserting Dr. Clark's name, photograph and endorsement to its advertising to consumers was deceptive and misleading in violation of the Arkansas Deceptive Trade Practices Act because Dr. Clark did not endorse the supplement and did not give permission for her name and likeness to be used in endorsing Panaxcea.

57.    The fact that Dr. Clark recommended a supplement would be highly material to a reasonable person, including consumers, patients and other doctors and professionals in the medical field.

58.    Defendants willfully, knowingly or recklessly engaged in a false advertising campaign that greatly increased its own profits at the expense of Dr. Clark's reputation, credibility and the profits of her own practice.

59.    Dr. Clark suffered damages including harm to her business and reputation, emotional distress, and lost time and money as a direct result of Defendants' actions.

### COUNT VI:  VIOLATION OF THE LANHAM ACT, 15 U.S.C. § 1125

60.     Plaintiff incorporates by reference each and every paragraph of this complaint as if set forth herein.

61.     Defendants violated the Lanham Act's prohibition on false designations of origin, 15 U.S.C. § 1125, by using Dr. Clark's name and likeness to sell Panaxcea.

62.     Defendants capitalized on Dr. Clark's name and likeness to sell its product Panaxcea.

63.     Defendants willfully, knowingly or recklessly engaged in a false advertising campaign that greatly increased its own profits at the expense of Dr. Clark's reputation, credibility and the profits of her own practice.

64.     Dr. Clark was identified by her full name, color photograph and specialty and could easily be identified by the general public.

65.     Defendants intended, or recklessly failed to anticipate, that readers would construe the advertisement as conveying an actual endorsement of Panaxcea by Dr. Clark.

66.     Defendants intended and expected that consumers were more likely to purchase Panaxcea with the endorsement of Dr. Clark.

67.     Defendants' actions were likely to cause confusion and deceive any person who saw the advertisement into thinking that Dr. Clark was associated with, approved and/or endorsed Panaxcea.

68.     Dr. Clark did not give permission for the use of the quote endorsing Panaxcea to be used next to her photograph, implying that she endorsed Panaxcea.

69.     Dr. Clark suffered damages including harm to her business and reputation, emotional distress, and lost time and money as a direct result of Defendants' actions.

## COUNT VII: UNJUST ENRICHMENT

70.     Plaintiff incorporates by reference each and every paragraph of this complaint as if set forth herein.

71.     Defendants capitalized on Dr. Clark's name and likeness to sell its product Panaxcea.

72.     Dr. Clark unwittingly provided commercial value to Defendants by appearing in Defendants' advertising.

73.     Dr. Clark was not compensated for Defendants' use of her photograph, name and likeness to endorse Panaxcea.

74.     Dr. Clark suffered damages including harm to her business and reputation, emotional distress, and lost time and money as a direct result of Defendants' actions.

75.     Defendants profits were fraudulently derived from the use of Dr. Clark's name and likeness as a spokesperson endorsing Panaxcea.

76.     Defendants were unjustly enriched and cannot in good conscience be allowed to retain the profits fraudulently obtained through the use of Dr. Clark's name and likeness in its advertising campaign.

## PRAYER FOR RELIEF

77.     WHEREFORE, Plaintiff demands judgment against Defendants on each count as follows:

a.      an order restraining Defendants from using Plaintiff's name or likeness in the future;

b.      compensatory damages for the described losses with respect to each cause of action;

c.      past and future loss of earning capacity;

d.      past and future emotional distress;

e.  consequential damages;

f.  disgorgement of profits;

g.  restitution;

h.  punitive damages where recoverable;

i.  treble damages where recoverable;

j.  reasonable attorneys' fees where recoverable;

k.  costs of this action;

l.  prejudgment and all other interest recoverable; and,

m.  such other additional and further relief as Plaintiff may be entitled to in law or in equity.

## DEMAND FOR JURY TRIAL

78.  Plaintiff demands a trial by jury on all counts and issues so triable.

Respectfully submitted,

Alex G. Streett (65038)
James A. Streett (2007092)
STREETT LAW FIRM, P.A.
107 West Main
Russellville, AR 72801
(479) 968-2030
Alex@StreettLaw.com
James@StreettLaw.com

Joe P. Leniski, Jr. (TN Bar No. 22891)(PHV pending)
BRANSTETTER, STRANCH & JENNINGS, PLLC
223 Rosa L. Parks Ave, Suite 200
Nashville, TN 37203
(615) 254-8801
jleniski@branstetterlaw.com

Attorneys for Plaintiff



# PANAXCEA
# WILL CHANGE YOUR LIFE!

## Rejuvenate EVERY CELL In Your Entire Body In Just 30 Days PANAXCEA Is Truly the New "Holy Grail" Of Longevity and Health

Profiled by 19 medical specialists, and studied by 14 of America's top Universities, PANAXCEA's ability to "REBIRTH" all 50 Trillion of your body's cells, in just 30 days, (that results in a total mental and physical rejuvenation of your body) has PROVEN it to be the holy grail of modern medicine. Truly every cell in your body - head to toe, inside to outside, will be "reborn"... and with this cellular cleansing you will see (and feel) remarkable transformations. Your mental capacity (the ability to process, remember and recall information) will show marked, clinical improvement. Joint and muscle pain will disappear - and will be replaced with optimum flexibility. Your energy levels will increase - while your physical appearance becomes younger. Look through the following pages of this special issue of National Medical Quarterly, to see what PANAXCEA will do for you in just 30 days....



### TRY PANAXCEA FOR 30 DAYS
### See How It Feels To Have ALL 50 TRILLION Cells In Your Body "Reborn"

Start living a pain free life - a life free of worry - a life filled with the healthy, vibrant, fitness of a man or woman in his or her prime.

It is possible through the miracle of "Cellular Rebirth"... and if you turn to page 23 right now - you can know what it feels like to have all 50 trillion cells in your body made young again - RISK FREE...

Harvard, Yale, Princeton, & Columbia Can't Be Wrong. Turn to page 4
Made in The USA - Available Without a Prescription. Turn to Page 7
Gold Medal Winners Use PANAXCEA Legally. Turn to page 8
Get 30 Days of PANAXCEA Absolutely RISK FREE. Turn to Page 14
Eliminate 50 Of The Most Common Skin Conditions. Turn to page 16



### Better Than Rogaine
### Boost Hair Growth
### by 93%

Stimulate hair growth from within - on a deep cellular level. PANAXCEA causes the tired hair follicles to be replaced with new ones... boosting hair growth (thickness and density) by an astonishing 93% in 30 days.



### Earthworms & Starfish Have Always Had The Ability to Regenerate Through Nature.

## NOW THE SCIENCE OF PANAXCEA HAS UNLOCKED THE POWER TO "REBIRTH" CELLS IN HUMANS

The power of nature is astonishing... and science's ability to harness and refine that power, has never (in the history of mankind) reached a higher plateau. With PANAXCEA, the secret to Regenerating HUMAN Cells... "REBIRTHING" them... has been unlocked. And with this discovery - health, fitness, vitality and mental alertness can EASILY be had by anyone in their 40s, 50s, 60s, 70s, 80s, and 90s... by taking one, small, NATURAL, pill a day.

Earthworms and Starfish have (through nature and evolution) always had the power to regenerate lost or damaged cells. This very complicated process of regeneration was the foundation that the discovery of PANAXCEA was built on. Exhaustive testing (conducted by a team of today's top chemists) along with thousands of hours of research (conducted by 14 of America's top universities) has lead to a pill that will REBIRTH 1.6 trillion of your cells every 24 hours... REBIRTHING all 50 trillion cells in your body in 30 days... a pill called PANAXCEA. Old tired cells will be "replaced" with new fresh cells ... hair, heart, lung, muscle, bone, eye, joint, brain, kidney, liver... EVERY CELL IN YOUR BODY will be refreshed - ready to function PROPERLY - the way they were meant to. See what it feels like to be "reborn" on a cellular level. Try PANAXCEA today...



Made In The USA

### A RISK FREE 30-Day Supply Of PANAXCEA Has Been Reserved For You! All You Have To Do Is Call 800-360-2885 To Get It....
### NO PRESCRIPTION NEEDED

# PANAXCEA
# WILL MAKE YOU FEEL YOUNG AGAIN!



## 14 Of America's Top Universities Have The Research Papers To PROVE It...

ALL 14 TOP US Universities have studied PANAXCEA'S 31 Powerful ingredients... the AMAZING findings have been released WORLDWIDE to the scientific community via peer reviews, white papers, scientific and medical publications, and through Gold Standard Scientific Journals. You can TRUST the POWER of PANAXCEA...

Harvard
Stanford
Johns Hopkins
Yale
Columbia
Duke
NYU
Cornell
Mayo Clinic
Brown
Dartmouth
Georgetown
Princeton
Univ. of Pennsylvania
*Studied by all 14 of America's top universities*



Harvard School of Medicine

**The Results Are Astonishing...**
Every single one of PANAXCEA's 31 powerful ingredients, have been studied in great detail by the echelon of professors, fellows, and graduate students, who call the top 14 Universities in America home.

The results of these studies are astonishing. From informal papers released within the university community - to peer reviewed articles in Gold Standard Scientific Journals... the academic consensus is truly unified.

PANAXCEA works. It works to "REBIRTH" all of the 50 trillion tired, worn cells in your body. It works to make you feel young and alive... and free of aches and pains. It works to make your mind sharp, clear, and ready for the world. It works in just 30 days... every time.

  Yale University School of Medicine  Duke   MAYO CLINIC

### PANAXCEA enhances my ability to retain information



**Rheumatologist**
Studying for my Doctorate Degree was proving difficult. After trying PANAXCEA for 30-days, my ability to absorb and retain information became truly effortless... and studying became as easy as snapping my fingers. Clearly, PANAXCEA allows my brain to function properly.

**JUMPSTART YOUR MEMORY**
Call 800-360-2885 Now For Your 30-Day RISK FREE TRIAL

**It Does Not Get More Serious Than Oncology...**

**Oncologist**
It doesn't get much more serious than oncology. If you have any suspected problem - make sure to see a doctor for a complete workup. The tools we use to fight disease today are powerful and constantly changing. If there are any problems - I like to launch everything available in the medical arsenal... and I mean everything... including PANAXCEA. In my line of work - everything helps - and by taking PANAXCEA you will give your body the ability to generate new cells - at the rate of 1.6 trillion every 24 hours. Not a bad way to fight the dark side!

**By "REBIRTHING" joint cells - the pain simply stops...**

**Rheumatologist**
Rheumatology isn't usually life and death (like oncology) but the feeling one gets from arthritis, or from joint pain, can be a quality of life ender. Much of my job used to be devoted to MASKING pain... I say "used to" because with the advent of PANAXCEA - I now help my patients actually ELIMINATE the pain at the source - from within - on a cellular level. By "REBIRTHING" joint cells - the pain simply stops... because the new cells are just that... new. PANAXCEA is truly a breakthrough.

CALL 800-360-2885 NOW FOR YOUR 30-DAY RISK FREE TRIAL   4

NATIONAL MEDICAL QUARTERLY - PANAXCEA   5



## Head to Toe - PANAXCEA is Proven To Make You Feel Young Again... At Any Age!

# 21 POWERFUL INGREDIENTS WILL "RE-BIRTH" 1.6 TRILLION CELLS EVERY 24-HOURS!

**A RISK FREE 30 Day Supply Of PANAXCEA Has Been Reserved For You!**

**All You Have To Do Is Call 800-360-2885 To Get It...**

**NO PRESCRIPTION NEEDED**

Turn To Page 14 For Your RISK FREE PANAXCEA



## Unleash the Power of Your Mind...

I initially started taking PANAXCEA to help recover from a sports injury.... and it empowered my body to heal with lightning speed ... but it did so much more! After taking PANAXCEA for 30 days - not only did my injury heal, but also my newfound feeling of well-being (mentally and physically) was astonishing! This improved mental state and new outlook on life "told me" to pick up a paintbrush and try my hand at art. (This is crazy - because drawing a stick figure was a stretch for me). But... as my mind was right... PANAXCEA actually UNLOCKED an art ability that was somewhere in my brain - waiting to get out! I'm getting so good - I may become a full time artist!



### The 31 PROVEN Ingredients In Every Capsule of PANAXCEA

| | | | |
|---|---|---|---|
| Vitamin A | Folic Acid | Copper | Boron |
| Vitamin C | Vitamin B-12 | Manganese | Lycopene |
| Vitamin D | Biotin | Chromium | Lutein |
| Vitamin E | Pantothenic | Molybdenum | Zeaxanthin |
| Vitamin K | Acid | alpha-Lipic | Astaxanthin |
| Thiamin | Calcium | Acid | Vanadium |
| Riboflavin | Magnesium | Choline | |
| Niacin | Zinc | Inositol | |
| Vitamin B-6 | Selenium | Silica | |

### Beware of Supplements Made In Foreign "Basement Labs".

**TRUST - THE 100% MADE IN THE USA PURITY GUARANTEE**

Unlike internet companies who buy things from shady overseas "labs" (that sometimes are nothing more than twenty people working in a basement) - PANAXCEA is made in AMERICA by hard working men and women who stand behind their work with pride. From the minute the 100% certified ingredients arrive at the State of The Art lab for processing - to the minute your package of PANAXCEA is sent to you - you can take comfort knowing that the good people of America were looking over you and your order. GUARANTEED.

# PANAXCEA:
## The LEGAL Choice of Gold Medal Winners – Worldwide!

Not only is PANAXCEA proving to be the very best way to recover from sports (and age related) injury - it is proving to be the go to supplement for athletes in their prime. Since PANAXCEA is made entirely from 100% Certified, 100% Pure, 100% All Natural Ingredients - it is Legal and Approved for use - without a prescription - for all professional and amateur sports teams (including the Summer and Winter United States Olympic Teams). It is also the choice for personal trainers - because PANAXCEA generates 1.6 trillion new cells every 24 hours - aiding in everything from muscle health, joint health, lung health, and more... everything that is important to today's Gold Medal Athletes.



### 46 Years Old... NO PROBLEM ANY MORE!
### I Did My First MARATHON... Thanks To PANAXCEA

Eight months ago I was a couch potato. Getting up to get the TV clicker was enough exercise for me. But that was BEFORE I started taking control of my life - and taking PANAXCEA. I just completed my very first marathon! Not only did PANAXCEA give my body the strength it needed to train - it gave my body the POWER it needed to recover!



## With One Pill A Day You Will See Strength & Endurance Gains Equal To 6 Months Of Workouts

### First Line of Defense For Physical Therapists Approved and SAFE Speed Rehab by 233%

PANAXCEA has been PROVEN to speed physical rehab (from injury and operation) by 233%. Approved for sale without a prescription - PANAXCEA is fast becoming the first line of defense for Physical Therapists nationwide...



Want to see massive gains and fast recovery - WITHOUT using dangerous things like HGH and anabolic steroids? Easy - just do like I do... try a 30 day supply of PANAXCEA and you will see strength and endurance gains equal to 6 months of hard workouts! And the best part is - its LEGAL, SAFE and 100% NATURAL.

**(ENT) Ear Nose & Throat**
PANAXCEA is an ENT's DREAM! It's ability to "REBIRTH" all 50 trillion cells in the body (even those deep within the inner ear) help with almost everything I see... tinnitus, vertigo, hearing health... you name it PANAXCEA Helps!

**Allergist**
PANAXCEA helps the body reset it's natural defenses - wasting it of cells effected by seasonal allergies. PANAXCEA is 97% BETTER than over the counter and prescription medications at stopping sneezing, and watering eyes - because it hits allergens where they start.



MADE IN THE USA
APPROVED FOR ALL SPORTS
100% LEGAL
NO PRESCRIPTION NEEDED

A RISK FREE 30 Day Supply Of PANAXCEA Has Been Reserved For You! All You Have To Do Is Call 800-360-2885

# NO MORE **ACHING MUSCLES**
# NO MORE **STIFF, SORE JOINTS**
# NO MORE **BACK PAIN - PERIOD.**

I could almost feel my body healing itself...

## Tap Dancer Dances Again...
## Thanks To PANAXCEA

After suffering a host of injuries in a bad car accident - I thought my days of tap dancing were over... until I found PANAXCEA... and I was healed from within. Months of rehab and physical therapy were doing little to get me back on my feet... leaving me in a very dark place mentally and physically. But after a new doctor suggested I try PANAX-CEA - my life turned around in just 30 days. As odd as it sounds, I could almost feel my body healing itself... and with the healing body came a healing mind! Now I'm tapping better than ever!



## AVOID SURGERY
**Fix Your Back Pain From Within...**
**With ONE Bottle Of PANAXCEA**

The ability to "REBIRTH" the cells throughout the entire spinal chord - including the discs and nerves - is the SAFEST and most EFFECTIVE way to FULLY ELIMINATE back pain at the source - at the cellular level. PANAXCEA targets EVERY type of back pain 83% more effectively than surgery and 96% more effectively than rehab. And unlike surgery (that carries life altering risks) PANAXCEA is 100% safe - with zero side effects.

## PANAXCEA WILL TARGET AND REBIRTH YOUR CELLS REGARDLESS OF AGE

**Think OF PANAXCEA As A Car Wash For Your Cells... Leaving You Looking & Feeling "Showroom New"!**

It does not matter how old you are - PANAXCEA will target and rebirth all 50 trillion of your cells... leaving you free of pain, free of aches, and with a clear crisp mind... all in 30 days. Think of PANAXCEA as a 30-day car wash for your cells. Take a dusty new car through a car wash - and it will be refreshed... but take an old car with years of dirt and grime through the most powerful car wash in the world - through a 30 day car wash that not only cleans - but repairs damage and age... and it too will come out the other side looking "showroom new". Try PANAXCEA today - it is 100% GUARANTEED to make you look and feel "showroom new"!



### 82.5% More Effective Than Probiotics!

**Gastroenterologist**
Want to ELIMINATE IBS, bloating and gas once and for all. PANAXCEA is 85.2% more effective than probiotics at tackling all the problems of the digestive tract - from start to finish. EVERYONE should be taking PANAXCEA for gut health.

**Cardiologist**
PANAXCEA is the single best thing you can do for your heart health - period. Working out and eating right will help you live a better quality of life, but only PANAXCEA will help you from the inside out.

## "Rebirth" Your Joints On A Cellular Level



Trying to explain (in non scientific terms) how PANAXCEA acts with your body to "REBIRTH" 50 trillion cells in 30 days is very difficult... as the formulation and research behind PANAXCEA is based on decades of biological and chemical science, studied at the highest levels. But, put as simply as possible - PANAXCEA essentially "WASHES and REPAIRS" your cells - every single one of them... leaving them functioning the way they were meant to... functioning with the purity and clarity of a newborn baby.







## "Rebirth" All 50 Trillion Cells In Your Body - In 30 Days

# EXPERIENCE A COMPLETE "HEAD TO TOE" PHYSICAL & MENTAL REAWAKENING



Vitreous Floater

**Eye Floaters REDUCED by 83%**

**Ophthalmologist**
Eye Health is more important than most people understand... as eyes are a "window" into the health of the entire human body, and PANAXCEA keeps eyes functioning the way they were meant to. PANAXCEA has even been reported to reduce "eye floaters" by 83%. If you have perfect vision or eye issues - I say take PANAXCEA every day to maintain YOUR eye health.

### One Pill A Day Will STOP Your Aches and Pains on a Cellular Level

PANAXCEA does not "REBIRTH" select cells in the body - it "REBIRTHS" all of them. ALL 50 trillion cells in your body... skin, hair, brain, heart, lungs, liver, kidneys, intestines, joints, bones, blood sugar, cholesterol... every cell in your body... head to toe... is made to function like it was meant to.

One tiny pill a day will ELIMINATE all the aches, pains, and memory problems associated with aging and injury.
PANAXCEA is guaranteed to make you feel young again... in just 30 days.

**Varicose Veins GONE**
97.67% of the time - PANAXCEA has been proven to erase even the most stubborn varicose and spider veins... for good.

**Cracked Heals SMOOTH**
RESTORE your cracked sore heals to the way they were when you were newly born... soft, smooth and pain free!

**Arthritis Pain ELIMINATED**
PANAXCEA is proven to help arthritis health in even the most severe cases... by tackling the problem where it starts - from the inside.



**Pathologist (Tissues)**
Everyone I speak to in the hospital says the same thing - if everyone in the world took PANAXCEA we would all be looking for other jobs... due to a lack of sick patients.

**Skin**
Cold Sores, Acne, Psoriasis, Warts, Eczema GONE

**Hair**
Thick, Shiny FULL HEAD OF HAIR - In 30 days

**Brain**
Memory function & Response Times INCREASED

**Heart**
Healthy Heart - The Core Of The Body!

**Lungs**
Increase Lung Capacity 73% in 30 Days!

**Liver**
Wash Away Years Of Toxins - on a cellular level

**Kidneys**
Regenerated kidney cells = Super Metabolism!

**Intestines**
IBS ELIMINATED - Bowel Function at 100%

**Joints**
Move Freely - WITHOUT PAIN - Guaranteed!!!

**Bones**
Strong Bones and teeth - The Body's Framework

**Sex**
Reset Your Sexual Clock to 18 Years Old!

**Blood Sugar**
Regulate Blood Sugar All Day - Every Day!

**Cholesterol**
PANAXCEA - The ULTIMATE Cholesterol BUSTER!

Panaxcea

CALL 800-360-2885 NOW FOR YOUR 30-DAY RISK FREE TRIAL



# RESTORE YOUR SKIN & BEAUTY ON A CELLULAR LEVEL... FROM WITHIN!



WASH & REPAIR EVERY CELL in Your Body... including ALL Of Your Skin Cells In Just 30 Days - GUARANTEED!

**Dermatologist**
Nothing works better than PANAXCEA to give you the flawless skin that we all desire. Unlike creams, lasers, and pills - PANAXCEA actually addresses skin health from WITHIN the body... fixing it from the inside out. Cellular regeneration takes place through all three layers of the skin... The Subcutaneous fat layer, the dermis layer, and the epidermis layer.

## Real Photos... Real PANAXCEA Users...



After Panaxcea

After Panaxcea





Before

Before

**Perfect Hair Shine**
My hair has never looked better! 30 easy days with PANAXCEA made my hair thick, shining and healthy! My stylist was so amazed; she is now going to carry PANAXCEA in the salon.

**Fat Cells Eliminated**
Forget diets. Forget working out. PANAXCEA works better at weight loss than any diet pill ever invented! I started taking it for a bad knee. PANAXCEA fixed the knee, and I ended up shedding 45 pounds of unwanted fat too!



**Cosmetic Surgeon**
"PANAXCEA is Better Than Botox"
### Turn To Page 22 for the 90-DAY GUARANTEE!







### ALL 52 Common Skin Issues ELIMINATED
Recent studies have shown that 30 days of PANAXCEA helps to eliminate all 52 of the most common types of skin problems. Never before has there been a single pill that helps so many issues of the skin... and in just 30 days.

## More Real Photos of PANAXCEA Users...

**Stretch Marks – GONE**
I tried everything to get rid of the stretch marks on my belly, and nothing worked. Then I saw a magazine article talk about PANAXCEA's ability to "REBIRTH" cells - and thought I'd try it. Best decision I ever made! A couple of months with PANAXCEA and I have NO MORE [ZERO] stretch marks!

**Dry Skin & Psoriasis – GONE**
Anyone who suffers from dry skin and Psoriasis knows what a painful and embarrassing condition it is. With the discovery of PANAXCEA, my skin is smooth, hydrated, and free of problems. I don't understand "Cell REBIRTH" but I now understand looking good and feeling happy!

**Acne & Acne Scars – GONE**
If only I had PANAXCEA growing up! My entire life I suffered physically and emotionally from bad acne and acne scarring. Laser peels, creams, medications - nothing ever really worked. So when I started PANAXCEA I didn't hold out much hope. But wow! For the FIRST time in my life - I am blemish (and scar) free.



**Wrinkles & Fine Lines – GONE**
Hitting 50 years old was a real low point in my life. That's when the fine lines and deep wrinkles hit my face like a ton of bricks. I would have done a facelift (but at $15,000 that was out of the question) and thank God it was! Just one bottle of PANAXCEA restored my skin to wrinkle free smooth!



16    CALL 800-360-2885 NOW FOR YOUR 30-DAY RISK FREE TRIAL

NATIONAL MEDICAL QUARTERLY - PANAXCEA    17



# The Pain Is REAL
## It's NOT in Your Head...

**Psychiatrist**

It always amazes me how many times a doctor will tell a patient, "Well, we can't find anything wrong, we are going to refer you to a psychiatrist". And that's when the patient comes to see me. But guess what - 9 times out of 10 - I guarantee you - the pain is REAL and not in your head. The human body is complex beyond belief... 50 TRILLION Cells working together all at once to make you! And every single type of age related problem, every type of physical difficulty, starts in one of those 50 trillion cells. So when something goes wrong - pinpointing the problem can be nearly impossible. And since doctors don't like to admit that they "don't know", the standard line is "it's in your head". Well, it isn't, and that's the beauty of PANAXCEA. Even if your problem is deep inside - in some obscure part of the body, PANAXCEA will "REBIRTH" the problem cell(s) sometime in 30 days - because it will REBIRTH ALL 50 trillion of your cells in that time frame. Feel good - from the inside out. Do yourself a favor and take PANAXCEA.    PS: It REALLY helps your mental state too!

**Arthritis Pain - GONE in 7 Days**

Thank God for PANAXCEA. My arthritis pain was truly unbearable. But by taking PANAXCEA for just 7 days - my pain went away - and it has NEVER returned. I am moving better than I have in 40 years... and for an old gal like me, that's saying something! I'm happy to have a pain free life again!

**Asthma Difficulties – GONE**

I threw my inhaler in the trash today! Seriously. PANAXCEA lets me breathe better than I ever have in my entire life. I finally know what it is like to walk, run, climb, and live - without the fear of an asthma attack - and without the discomfort of shortness of breath! My lungs really do feel like they have been reborn!

### I Tell All My Patients: PANAXCEA Will Change Your Life

**Nephrologist (Kidney)**

Suffering from kidney problems is no joke. People never come to see me because they are feeling great - they come to see me because there is a problem. Regardless of the issue - I tell all of my patients the same thing: "Let's start with a bottle of PANAXCEA and we will go from there". I say this because I know that PANAXCEA will change their (and your) life.

CALL 800-360-2885 NOW FOR YOUR 30-DAY RISK FREE TRIAL

# AGE RELATED AILMENTS START IN THE CELLS

## BUT YOU CAN "REBIRTH" ALL 50 TRILLION OF YOUR CELLS IN 30-DAYS

**ELIMINATE YEARS OF TOXIC BUILD-UP**

REBIRTH 1.6 Trillion Cells A Day! A RISK FREE 30-Day Supply of PANAXCEA Has Been Reserved For You! All You Have To Do Is Call 800-360-2885 To Get It...

See Page 22 for the 90-Day GUARANTEE

Panaxcea





Panaxcea
2421 West Pratt Blvd., # 801
Chicago, IL 60645-4666

PRESORTED STANDARD
US POSTAGE
PAID
PERMIT NO.21
FREEPORT, OH 43973

PX0316-44B-JJJJ319265

\*\*\*\*\*\*\*\*\*AUTO\*\*3-DIGIT 728
P-10   P7    59808
MARSHA COOPER
340 E CIRCLE DR
LAMAR AR 72846-7979

# Feel Young Again
# Guaranteed

## In 30 Days YOU WILL
## "Rebirth" All 50-Trillion Cells
### In Your Body And Experience A Complete "Head to Toe Physical & Mental TRANSFORMATION!"

Harvard, Yale, Princeton & Columbia Can't Be Wrong: Turn to page 4
Made In The USA - Available Without a Prescription: Turn to page 6
Gold Medal Winners Use PANAXCEA Legally: Turn to page 8
Get 30 Days of PANAXCEA Absolutely RISK FREE: Turn to Page 14
Eliminate 50 of The Most Common Skin Conditions: Turn to page 16