# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CRISTINA CLARK**                                                                           **PLAINTIFF**

**VS.**                                            **4:16-CV-00877-BRW**

**NATIONAL MEDIA GROUP, INC.,** *et al.*                                       **DEFENDANTS**

## ORDER

This case is DISMISSED with prejudice consistent with the stipulation filed by the parties.[1] The Court retains jurisdiction to enforce any agreements between the parties settling this dispute.

IT IS SO ORDERED this 6th day of July, 2017.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 19.